No. A–751 (82–6368). ROSE *v.* FLORIDA. Sup. Ct. Fla. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–309. IN RE DISBARMENT OF MCCLELLAN. Disbarment entered. [For earlier order herein, see 459 U. S. 1140.]

No. D–316. IN RE DISBARMENT OF HARRIS. Disbarment entered. [For earlier order herein, see 459 U. S. 1167.]

No. D–330. IN RE DISBARMENT OF BLUESTEIN. It is ordered that William Jacob Bluestein, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 82–185. BOSTON FIREFIGHTERS UNION, LOCAL 718 *v.* BOSTON CHAPTER, NAACP, ET AL.;

No. 82–246. BOSTON POLICE PATROLMEN'S ASSN., INC. *v.* CASTRO ET AL.; and

No. 82–259. BEECHER ET AL. *v.* BOSTON CHAPTER, NAACP, ET AL. C. A. 1st Cir. [Certiorari granted, 459 U. S. 967.] Motion of American Jewish Congress for leave to file a brief as *amicus curiae* denied. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 82–486. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL 610, AFL–CIO, ET AL. *v.* SCOTT ET AL. C. A. 5th Cir. [Certiorari granted, 459 U. S. 1034.] Motions of Associated Builders & Contractors, Inc., and Legal Foundation of America for leave to file briefs as *amici curiae* granted.